Exhibit 1

# Copyright

**Registration Number / Date:**
VA0002401388 / 2024-06-17

**Preregistration Number / Date:**

**Type of Work:**
Visual Material

**Title:**
SENSORIAL ACTIVITY TOY.

**Application Title:**
SENSORIAL ACTIVITY TOY.

**Date of Creation:**
2023

**Date of Publication:**
2024-03-12

**Copyright Claimant:**
PUSHPEEL LLC, Transfer: By written agreement. Address: 418 Broadway, STE N, Albany, NY, 12207, United States.

**Authorship on Application:**
Sayer Murphy; Domicile: United States; Citizenship: United States. Authorship: sculpture.

**Rights and Permissions:**
Stake, 1 Seneca St. Ste. 29-M36, Buffalo, New York, 14203, United States, (716) 202-0495, hello@stake.law

**Description:**
Description

**Copyright Note:**
C.O. correspondence.

**Nation of First Publication:**
United States

**Publication Date:**
2024-03-12

**Names:**
Murphy, Sayer

[PUSHPEEL LLC](https://publicrecords.copyright.gov/detailed-record/36961021)

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/36961021

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online [public catalog](#) or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see [How to Investigate the Copyright Status of a Work (Circular 22)](#). For information on removing personal information from Copyright Office public records, refer to [Privacy: Public Copyright Registration Records(Circular 18)](#).

IDENTIFYING MATERIAL PURSUANT TO
37 C.F.R. § 202.20(c)(2)(xi)(A)(1); U.S. Copyright Office, Compendium of U.S. Copyright Office Practices § 1509.3(C)
FOR:

# SENSORIAL ACTIVITY TOY

– Page 1 –



IDENTIFYING MATERIAL FOR:

# SENSORIAL ACTIVITY TOY

– Page 2 –



IDENTIFYING MATERIAL FOR:

# SENSORIAL ACTIVITY TOY

– Page 3 –





SUPPLEMENTAL IDENTIFYING MATERIAL PURSUANT TO
37 C.F.R. § 202.20(c)(2)(xi)(A)(1); U.S. Copyright Office, Compendium of U.S. Copyright Office Practices § 1509.3(C)
FOR:

# SENSORIAL ACTIVITY TOY

– Page 1 –



SUPPLEMENTAL IDENTIFYING MATERIAL FOR:

# SENSORIAL ACTIVITY TOY

– Page 2 –



SUPPLEMENTAL IDENTIFYING MATERIAL FOR:

# SENSORIAL ACTIVITY TOY

– Page 3 –







